IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **KENNYA D. SNEED** | § | **PLAINTIFF** |
| | § | |
| v. | § | **CAUSE NO. 1:05CV115LG-JMR** |
| | § | |
| **COURTNEY WESTON, ET AL.** | § | **DEFENDANTS** |

## ORDER OF DISMISSAL

This cause is before the court, *sua sponte*, after the Plaintiff failed to respond to the Court's August 29, 2006 order denying Plaintiff's application to proceed in forma pauperis and requiring her to pay the filing fee no later than September 19, 2006.  Plaintiff was admonished that her failure to pay the filing fee within the time allowed would result in dismissal of this case.  *See* Docket Entry No. 7.

The Court mailed the August 29, 2006 order to Plaintiff at the address she had provided, but the envelope was returned to the Court on August 29, 2006 with the notation "Return to Sender.  No Forward Order on File.  Unable to Forward."  *See* Docket Entry No. 8.  Thus, Plaintiff had apparently moved but did not inform the Court of her new address.  Litigants have a continuing obligation under the Local Rules to notify the clerk of court of address changes.  *See* Rule 11.1, UNIFORM LOCAL RULES FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI.

Fed. R. CIV. P. 41(b) provides that "[f]or failure of the plaintiff to prosecute or to comply with these rules or any order of court, a defendant may move for dismissal of an action or of any claim against the defendant."  The Court may also *sua sponte* dismiss the action for failure to prosecute or for failure to comply with a court order.  *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998).  The Plaintiff has failed to prosecute this case and failed to comply with this Court's

orders by failing to keep her address current and by failing to pay the required filing fee. The Court is therefore of the opinion that her complaint should be dismissed pursuant to FED. R. CIV. P. 41(b).

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiff's complaint is **DISMISSED** pursuant to FED. R. CIV. P. 41(b).

**SO ORDERED AND ADJUDGED** this the 25th day of September, 2006.

s/ *Louis Guirola, Jr.*  
LOUIS GUIROLA, JR.  
UNITED STATES DISTRICT JUDGE